UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                           :

FOUR SEASONS PRODUCE, INC.,        :
                           :

               Plaintiff,    :
                           :               19-CV-4187 (VSB)

            -against-     :
                           :                 **ORDER**

DEAN & DELUCA INCORPORATED t/a  :
DEAN & DELUCA et al.          :
                           :

             Defendants.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

The last filings on this action's docket were in July of 2019, (*see* Docs. 24–25), and I have not heard anything from the parties since then.  Accordingly, it is hereby:

ORDERED that by July 28, 2022, the parties must file joint letter of no more than three pages explaining what if anything still needs to be done in this action and whether this action can be dismissed.  Failure to comply with this order will result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: July 14, 2022
       New York, New York

                                         Vernon S. Broderick
                                         United States District Judge